UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61197-CIV-MARTINEZ-MCALILEY

ACCESS 4 ALL, INC., a Florida not for profit
corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

vs.

7-ELEVEN, INC.,

    Defendant.
_____/

## FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiffs' Notice of Filing Offer of Judgment and Acceptance (D.E. No. 7). After careful consideration, it is hereby:

**ORDERED AND ADJUDGED** that

1. Within one hundred eighty (180) days of the date of Plaintiffs Access 4 All, Inc. and Joe Houston's ("Plaintiffs") acceptance of the Offer of Judgment, Defendant 7-Eleven, Inc. ("Defendant") shall remove the architectural barriers described in the complaint from the 7-Eleven store located at 6350 Pembroke Road Miramar, Florida.

2. Within sixty (60) days from the date of Plaintiffs' acceptance of the Offer of Judgment and after consultation with a competent and independent access expert or experts, Defendant shall specifically identify in writing to Plaintiffs' counsel any alleged barriers identified in the previous paragraph where removal cannot be accomplished without much difficulty or expense. With respect to those barriers, Defendant will implement alternative remediation measures that ensure access and enjoyment to Plaintiffs but which can also be

implemented by Defendant without much difficulty or expense.

3. In addition to removing the architectural barriers identified in the complaint, Defendant shall also pay to Plaintiffs' counsel their reasonable attorney's fees, including litigation expenses and costs, incurred to date in an amount to be determined by the Court. It is Plaintiffs' responsibility to file an appropriate and timely motion relating to fees and costs.

4. This Court reserves jurisdiction of this action both to enforce the terms of this judgment and to determine the amount of the attorney's fees, including litigation expenses and costs.

5. This Case is **CLOSED**, and all pending motions are **DENIED** as **MOOT**.

DONE AND ORDERED in Chambers at Miami, Florida, this 15 day of June, 2011.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record