UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-61197-CIV-MARTINEZ-MCALILEY

ACCESS 4 ALL, INC., a Florida not for profit
corporation, and JOE HOUSTON, Individually,

    Plaintiffs,

vs.

7-ELEVEN, INC.,

    Defendant.
_____/

### ORDER OF REFERENCE TO MAGISTRATE JUDGE

PURSUANT to 28 U.S.C. § 636(b)(1) and the Magistrate Rules of the Local Rules of the Southern District of Florida, the above-captioned cause is referred to United States Magistrate Judge **Chris McAliley** to take all necessary and proper action as required by law with respect to:

**All matters relating to Plaintiffs' Motion to Assess Attorney's Fees and Costs (D.E. No. 10).**

ORDERED AND ADJUDGED that it is the responsibility of the parties in this case to **indicate the name of the Magistrate Judge on all motions and related papers referred by this order in the case number caption (CASE NO.: 11-61197-CIV-MARTINEZ-MCALILEY).**

DONE AND ORDERED in Chambers at Miami, Florida, this 18 day of July, 2011.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record